STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 6 2000

at 10 o'clock and 58 min. A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00279 SOM |
| Plaintiff, ) | |
| vs. ) | INDICTMENT |
| ) | [21 U.S.C. §841(a)(1)] |
| JUSTIN JAMES MEYERS ) | |
|     a/k/a "J.J." ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

On or about December 15, 1999, in the District of Hawaii and elsewhere, **JUSTIN JAMES MEYERS**, a/k/a "J.J.", the defendant, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 2

The Grand Jury Further Charges:

On or about December 15, 1999, in the District of Hawaii and elsewhere, **JUSTIN JAMES MEYERS**, a/k/a "J.J.", the defendant, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

DATED: July 6, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney