# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00279SOM |
| CASE NAME: | USA vs. Justin James Meyers |
| ATTYS FOR PLA: | Thomas Koenig |
| | Joyce Lum (USPO) |
| ATTYS FOR DEFT: | David Klein |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/7/2006 | TIME: | 9:45 - 10:00 |

COURT ACTION:   EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Justin James Meyers present and in custody.

Defendant admits to the 2 violations.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Allocution by the defendant.

Court takes no action at this time.

Court continues this hearing to 3/8/07 @ 2:15 p.m.

Defendant to be released forthwith.

If the defendant does not violate any condition of supervised release, the government may contact the CRM to vacate the hearing.

Defendant instructed to meet with probation and provide any necessary information.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.